**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**ANDREW COX, JR.,**                           CASE NO. 2:07-cv-0936
                                               **JUDGE MARBLEY**
     Petitioner,                             **MAGISTRATE JUDGE KEMP**

v.

**TIMOTHY BRUNSMAN, Warden,**

     Respondent.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 25, 2008 Opinion and Order, the report and recommendation is ADOPTED and AFFIRMED. Petitioner's request to stay is DENIED. This action is hereby DISMISSED.

Date: **September 25, 2008**                                        James Bonini, Clerk

                                                                              s/Betty L. Clark
                                                                              Betty L. Clark/Deputy Clerk